UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiff,<br><br>      v.<br><br>5561 SULTANA, LLC, et al.,<br><br>          Defendants. | 1:15-CV-60-LJO-SMS<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 4)** |

On January 19, 2015, Ronald Moore ("Plaintiff") filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 4 at 1. Plaintiff requests that the Court issue an order dismissing the complaint <u>without prejudice</u> against Defendant Dollar Tree Stores, Inc., dba Dollar Tree Stores, Inc. Store #1964 <u>only</u>.

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court dismisses the complaint <u>without prejudice</u> against Defendant Dollar Tree Stores, Inc., dba Dollar Tree Stores, Inc. Store #1964 <u>only</u>.

IT IS SO ORDERED.

    Dated:   **January 20, 2015**             **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE