1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>           Plaintiff,<br><br>     vs.<br><br>5561 SULTANA, LLC, a California limited liability company,<br><br>           Defendant. | No.  1:15-cv-00060-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant 5561 Sultana, LLC, a California limited liability company, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: May 27, 2015                                MOORE LAW FIRM, P.C.

                                                                  */s/ Tanya E. Moore*
                                                                  Tanya E. Moore
                                                                  Attorney for Plaintiff
                                                                  Ronald Moore

Date: June 1, 2015                                BUCKNER, ROBINSON & MIRKOVICH

                                                                  */s/ Catherine J. Weinberg*
                                                                  Catherine J. Weinberg
                                                                  Attorneys for Defendant
                                                                  5561 Sultana, LLC, a California limited liability company

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **June 1, 2015**                                **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE